**Entered on Docket
April 08, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
                TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
                WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LYSA FISHER-BUONANNO,<br><br>          Debtor(s). | Bankruptcy Case No. BK-S-09-24710-mkn<br>Chapter 13<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    March 17, 2010<br>Time:    1:30 p.m. |

1   A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to
2   Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World
3   Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing
4   in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa, Ace Van Patten
5   appearing on behalf of Secured Creditor.

6   The court having duly considered the papers and pleadings on file herein and
7   being fully advised thereon and finding cause therefor:

8   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9   The automatic stay of 11 United States Code section 362 is hereby immediately
10  terminated as it applies to the enforcement by Movant of all of its rights in the real property
11  under the Note and Deed of Trust encumbering the real property commonly known as 3130
12  Blossom Glen Dr, Henderson, Nevada 89014 ("Real Property"), which is legally described as:

13
14  LOT 29 IN BLOCK 5 OF GREEN VALLEY UNIT
    NO. 2, AS SHOWN BY MAP THEREOF ON
15  FILE IN BOOK 22 OF PLATS, PAGE 66, IN THE
    OFFICE OF THE COUNTY RECORDER OF
16  CLARK COUNTY, NEVADA.

17  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or
18  its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale
19  of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days
20  prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at
21  least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the
22  Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada
23  Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to
24  provide 7 days' notice to the Debtor(s).
25  /./.
26  /./.
27  /./.
28  /./.

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this Order, the Trustee shall cease payment on Secured Creditor's Proof of Claim.  Secured Creditor's Proof of Claim is allowed in t he amount of payments made to date by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon disposition of the Real Property, Secured Creditor may amend said Proof of Claim and share in any distribution from the date of the filing of the amended Claim pursuant to the confirmed Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee is not required to recover previous distributions from other creditors for distribution on Secured Creditor's amended claim.  This may result in a percentage of payment on Secured Creditor's amended Claim different than to other creditors.

| APPROVED | APPROVED/DISAPPROVED |
|---|---|
| /s/ Thomas E. Crowe | |
| THOMAS E. CROWE | RICK A. YARNALL |
| DEBTOR(S) ATTORNEY | TRUSTEE |

/././
/././
/././
/././
/././
/././
/././
/././
/././

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐ The court has waived the requirement of approval under LR 9021.

4  ☐ I certify that I have served a copy of this order with the motion, and no parties appeared
5  or filed written objections.

6
7  ☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have
8  delivered a copy of this proposed order to all counsel who appeared at the hearing, any
9  unrepresented parties who appeared at the hearing, and each has approved or disapproved the
10 order, or failed to respond, as indicated below [list each party and whether the party has
11 approved, disapproved, or failed to respond to the document]:

12 ☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to
13 all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,
14
15 and each has approved or disapproved the order, or failed to respond, as indicated below [list
16 each party and whether the party has approved, disapproved, or failed to respond to the
17 document]:

18 ☒ Approved. – Debtor's Attorney

19 ☐ Disapproved.

20 ☒ Failed to respond. - Trustee

21                                                     ###

22
23 Submitted by:

24 /s/ JACQUE A. GRUBER
   4375 Jutland Drive, Suite 200
25 P.O. Box 17933
   San Diego, CA 92177-0933
26 (858) 750-7600
   NV Bar #11385
27 Attorney for WELLS FARGO BANK, N.A., SUCCESSOR
   BY MERGER TO WELLS FARGO BANK SOUTHWEST,
28 N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE,
   FSB, FKA WORLD SAVINGS BANK, FSB